No. 2015-1211

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

LINEX TECHNOLOGIES, INC., a Delaware company,

*Plaintiff-Appellant*,

v.

APPLE COMPUTER, INC., a California corporation, ARUBA NETWORKS, INC., a Delaware corporation, MERU NETWORKS, a Delaware corporation, and RUCKUS WIRELESS, INC., a Delaware corporation,

*Defendants-Appellees.*

Appeal from the United States District Court for the Northern District of California in Case No. 4:13-CV-00159, Judge Claudia Wilken

**DEFENDANT-APPELLEE ARUBA NETWORKS, INC.'S OPPOSITION TO PLAINTIFF-APPELLANT LINEX TECHNOLOGIES, INC.'S MOTION TO STAY BRIEFING SCHEDULE PENDING ENTRY OF JUDGMENT IN AND RESOLUTION OF RELATED APPEAL**

John. C. O'Quinn
Jason M. Wilcox
KIRKLAND & ELLIS LLP
655 Fifteenth St, NW
Washington, DC  20005
(202) 879-5000

*Attorneys for Defendant- Appellee Aruba Networks, Inc.*

January 29, 2015

# CERTIFICATE OF INTEREST

Counsel for Defendant-Appellee Aruba Networks, Inc. certifies the following:

1. The full name of every party or *amicus* represented by us is:

    Aruba Networks, Inc., Meru Networks, Inc., Ruckus Wireless, Inc.

2. The name of the real party in interest represented by us is:

    Not applicable.

3. All parent corporations and any publicly-held companies that own 10 percent or more of the stock of the party or *amicus curiae* represented by us are:

    Not applicable.

4. The names of all law firms and the partners or associates that appeared for the party or *amicus* now represented by us in the trial court or agency or are expected to appear in this court are:

    K&L GATES LLP: Eric C. Rusnak, Michael J. Bettinger, Shane Brun, L. Scott Oliver, Meghana RaoRane

    KIRKLAND & ELLIS LLP: John C. O'Quinn, Jason M. Wilcox


Dated: January 29, 2015              */s/ John C. O'Quinn*
                                     John C. O'Quinn
                                     KIRKLAND & ELLIS LLP
                                     655 Fifteenth Street, NW
                                     Washington, DC 20005
                                     (202) 879-5000

# DEFENDANT-APPELLEE ARUBA NETWORKS, INC.'S OPPOSITION TO MOTION TO STAY BRIEFING SCHEDULE

For the reasons stated in Apple Computer Inc.'s opposition, Defendant-Appellee Aruba Networks, Inc. respectfully requests that this Court deny the motion by Plaintiff-Appellant Linex Technologies, Inc. to stay the briefing schedule in Linex's appeal of the district court's award of costs until after this Court's decision in the related principal appeals in *Linex v. Hewlett-Packard et al.*, Nos. 14-1561, -1624, -1625, -1626.  Linex has not (and cannot meet) its burden of showing that a stay is warranted.  Alternatively, Aruba requests that the Court order Linex to put up a bond or place funds in escrow sufficient to satisfy its obligations under the district court's May 20, 2014 and November 18, 2014 Orders.  Like Apple, Aruba continues to bear the risk and uncertainty that it will never receive payment of costs even after succeeding on appeal.

Respectfully submitted,

Dated:  January 29, 2015

*/s/ John C. O'Quinn*
John. C. O'Quinn
Jason M. Wilcox
KIRKLAND & ELLIS LLP
655 Fifteenth St, NW
Washington, DC  20005
(202) 879-5000

*Attorneys for Defendant- Appellee Aruba Networks, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system this 29th day of January, 2015, which will send notice of such filing to all registered CM/ECF users.

*/s/ Jason M. Wilcox*
Jason M. Wilcox